United States District Court
Southern District of Texas
**ENTERED**
February 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CIRO BUENTELLO & <br> RIGOBERTO DOMINGUEZ, <br> Plaintiffs, <br> <br> V. <br> <br> FERRELLGAS, INC., <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-15-206 |

# ORDER

On December 23, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 41]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Ferrellgas's motion for summary judgment [Doc. No. 29] is denied.

Signed this 7th day of February, 2017.

Andrew S. Hanen
United States District Judge